IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02290-MEH

JONATHAN EASLEY,

    Plaintiff,

v.

FAIRWAY INDEPENDENT MORTGAGE CORPORATION,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2016**.

    Before the Court is a Stipulated Notice of Settlement filed by the parties on April 14, 2016 (docket #25). In light of the notice, Plaintiff's Motion to Compel Defendant to Respond to Second Request for Production [filed March 23, 2016; docket #24] is **denied without prejudice**. The parties shall file dismissal papers with the Court on or before May 2, 2016.